**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Juan Luis<br>PEREZ BUENO,     ) | |
|     ) | Case No. 1:25-cv-11969-MJJ |
| Petitioner,     ) | |
|     ) | |
| v.     ) | |
|     ) | |
| ANTONE MONIZ, Superintendent, Plymouth<br>County Correctional Facility; JOSEPH<br>MCDONALD, JR., Sheriff, Plymouth County;<br>PATRICIA HYDE, Field Office Director;<br>MICHAEL KROL, HSI New England Special<br>Agent in Charge; TODD LYONS, Acting<br>Director U.S. Immigration and Customs<br>Enforcement; and KRISTI NOEM,<br>U.S. Secretary of Homeland Security;<br>PETER HEGSETH, U.S. Secretary of Defense,     ) | |
|     ) | |
| Respondents.     ) | |

## PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

Petitioner Juan Luis Perez Bueno was released from Immigrations and Customs Enforcement ("ICE") custody on or about August 12, 2025 following the Immigration Court's order on Petitioner's motion for bond and his posting of same. Petitioner's release was not subject to GPS monitoring or similar restrictions by ICE. ICE did not seek a stay of bond pending appeal.

Accordingly, and pursuant to F.R.C.P. 41(a)(1)(A)(i), Petitioner voluntarily dismisses this action.

1

Respectfully submitted,

**JUAN LUIS PEREZ BUENO,**

By his attorney,

/s/ Benjamin B. Tymann
Benjamin B. Tymann, BBO # 652011
Tymann, Davis & Duffy, LLP
45 Bromfield Street, 6th Floor
Boston, MA 02108
Dated: August 15, 2025                     Tel. 617.933.9490

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants.

/s/ Benjamin B. Tymann
Benjamin B. Tymann

Dated: August 15, 2025

2